**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., | Case No. 19-cv-04127 |
| Plaintiff, | **Judge John Z. Lee** |
| v. | **Magistrate Judge Jeffrey T. Gilbert** |
| TANG WU 888 SHOP, et al., | |
| Defendants. | |

## SEALED TEMPORARY RESTRAINING ORDER

THIS CAUSE being before the Court on Plaintiff Western Digital Technologies, Inc.'s ("Western Digital" or "Plaintiff") *Ex Parte* Motion for Entry of a Temporary Restraining Order, Including a Temporary Injunction, a Temporary Asset Restraint, and Expedited Discovery, and Motion for Electronic Service of Process Pursuant to Fed. R. Civ. P. 4(f)(3) (the "Motions") against the defendants identified in Schedule A to the Amended Complaint and attached hereto (the "Defendants") and using at least the Online Marketplace Accounts identified in Schedule A (the "Defendant Internet Stores"), and this Court having heard the evidence before it hereby GRANTS Plaintiff's Motions in their entirety.

This Court further finds that it has personal jurisdiction over the Defendants since the Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products using counterfeit versions of the WD Trademarks (a list of which is included in the below chart).

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 1,016,514 | WESTERN DIGITAL | For: integrated circuits in class 009. |
| 3,040,756 | WESTERN DIGITAL | For: computer products, namely hard drives and disk drives in class 009. |
| 3,062,297 | WD | For: computer products, namely hard drives in class 009. |
| 3,130,924 |  | For: computer products, namely hard drives and disk drives in class 009. |
| 4,628,454 |  | For: online retail store services provided via a global computer network featuring computer hardware, computer storage devices, computer software, computer peripherals, media players and protective cases for hard drives in class 035. |
| 4,419,400 | WD RED | For: computer disk drives in class 009. |
| 4,448,549 | WD BLUE | For: computer disk drives in class 009. |
| 4,448,551 | WD BLACK | For: computer disk drives in class 009. |
| 4,448,552 | WD GREEN | For: computer disk drives in class 009. |
| 4,537,757 | WD ELEMENTS | For: computer storage devices in the nature of hard disk drives, digital disk drives, media players, solid state drives and computer peripherals; computer products, namely, data storage products in the nature of digital electronic devices, namely, disk drives and hybrid disk drives, for organizing, receiving, transmitting, managing, storing, securing, encrypting, centralizing, playing, streaming, backing-up, transferring, customizing, navigating, |

| | | |
|---|---|---|
| | | playing, viewing, accessing, sharing, synchronizing, modifying, reviewing, uploading, and downloading text, data, image, audio and video files, information, or media stored on, streamed through, hosted on or run on data storage devices, hard drives, disk drives, solid state drives, and media players in class 009. |
| 4,680,076 | WD PURPLE | For: data storage devices, namely, hard disk drives, digital disk drives, media players, solid state drives, blank digital storage media, hybrid hard drives and computer peripherals; computer storage devices, namely, computer memory hardware and hard drives for computers; digital electronic devices, namely, hybrid hard drives and hybrid disk drives for organizing, receiving, playing, transmitting, managing, storing, securing, encrypting, centralizing, backing-up, transferring, customizing, navigating, playing, viewing, accessing, sharing, streaming, synchronizing, modifying, reviewing, uploading, and downloading text, data, image, audio and video files, information, or media stored on, streamed through, hosted on or run on data storage devices, hard drives, disk drives, solid state drives, media players and internet servers; removable hard drive based computer backup system; computer hardware for upload, storage, retrieval, download, transmission and delivery of digital content; computer software for use in the synchronization, back-up, playing and encryption and decryption of digital files, including audio, video, text, binary, still images, graphics and multimedia files; computer network storage devices, namely, storage and backup of electronic data either locally or via a telecommunications network; networking software, namely, software for setting up and configuring managed storage and online backup services over wide area networks; computer software and hardware for synchronizing |

| | | |
|---|---|---|
| | | and connecting local network storage and global computer networks, for upload, storage, retrieval, download, transmission and delivery of digital content, for storing and managing data on local and internet-based file servers, for processing storage of data; computer firmware for data storage, data retrieval, data access, data backup, data replication, data availability, data recovery, data translation and data conversion; computer hardware for use in video surveillance applications and systems, digital or personal video recorders, internet protocol televisions, set-top boxes, audio systems, digital signage, karaoke players, computer gaming devices and dvd recorders in class 009.<br><br>For: maintenance of data storage devices, hard drives, disk drives, solid state drives, media players and computer peripherals in class 037. |
| 3,793,628 | MY PASSPORT | For: computer products, namely, disk drives, computer storage units, namely, computer hardware for storage of digital data, and computer peripherals, excluding mouse pads in class 009. |

This Court also finds that issuing this Order without notice pursuant to Rule 65(b)(1) of the Federal Rules of Civil Procedure is appropriate because Plaintiff has presented specific facts in the Declaration of Lennis N. Collins [15], paragraphs 22-28, and the Declaration of Justin R. Gaudio [14], paragraphs 5-7, in support of Plaintiff's Motion for Temporary Restraining Order and accompanying evidence clearly showing that immediate and irreparable injury, loss, or damage will result to the movant before the adverse party can be heard in opposition. Specifically, in the absence of an *ex parte* Order, Defendants could and likely would modify registration data and content and move any assets from accounts in U.S.-based financial

institutions, including PayPal accounts, to offshore accounts. *Id.* As other courts have recognized, proceedings against those who deliberately traffic in counterfeit merchandise are often useless if notice is given to the adverse party. Accordingly, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from:

    a. using the WD Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Western Digital product or not authorized by Western Digital to be sold in connection with the WD Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Western Digital product or any other product produced by Western Digital, that is not Western Digital's or not produced under the authorization, control or supervision of Western Digital and approved by Western Digital for sale under the WD Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control or supervision of Western Digital, or are sponsored by, approved by, or otherwise connected with Western Digital;

    d. further infringing the WD Trademarks and damaging Western Digital's goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Western Digital, nor authorized by

Western Digital to be sold or offered for sale, and which bear any of Western Digital's trademarks, including the WD Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of the Defendant Internet Stores or other online marketplace accounts operated by Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, Alibaba, Amazon, Wish.com, and Dhgate, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, and Internet search engines such as Google, Bing and Yahoo (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Western Digital expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

   a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including all known contact information, including any and all associated e-mail addresses;

   b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Defendant Internet Stores and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Defendant Internet Stores;

   c. any of the Defendant Internet Stores;

6

d.  any other online marketplace accounts registered by Defendants; and

e.  any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, PayPal, Inc. ("PayPal"), Alipay, Wish.com, Amazon Pay, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

3.  Upon Western Digital's request, those in privity with Defendants and those with notice of the injunction, including the Third Party Providers as defined in Paragraph 2, shall within five (5) business days after receipt of such notice:

a.  disable and cease providing services being used by Defendants, currently or in the future, to engage in the sale of goods using the WD Trademarks;

b.  disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the WD Trademarks; and

c.  take all steps necessary to prevent links to the Defendant Internet Stores identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Internet Stores from any search index.

4.  Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

5.    Any Third Party Providers, including PayPal, Alipay, Wish.com, and Amazon Pay, shall
      within five (5) business days of receipt of this Order, for any Defendant or any of the
      Defendant Internet Stores:

      a.  locate all accounts and funds connected to Defendants or the Defendant Internet
          Stores, including, but not limited to, any financial accounts connected to the
          information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to
          the Declaration of Lennis N. Collins, and any e-mail addresses provided for
          Defendants by third parties; and

      b.  restrain and enjoin any such accounts or funds that are not U.S. based from
          transferring or disposing of any money or other of Defendants' assets until further
          ordered by this Court.

6.    Western Digital may provide notice of these proceedings to Defendants, including notice
      of the preliminary injunction hearing and service of process pursuant to Fed. R. Civ. P.
      4(f)(3), by electronically publishing a link to the Amended Complaint, this Order and
      other relevant documents on a website and by sending an e-mail to the e-mail addresses
      identified in Exhibit 2 to the Declaration of Lennis N. Collins and any e-mail addresses
      provided for Defendants by third parties that includes a link to said website. The Clerk of
      the Court is directed to issue a single original summons in the name of "TANG WU 888
      SHOP and all other Defendants identified in the Amended Complaint" that shall apply to
      all Defendants. The combination of providing notice via electronic publication and e-
      mail, along with any notice that Defendants receive from payment processors, shall
      constitute notice reasonably calculated under all circumstances to apprise Defendants of
      the pendency of the action and afford them the opportunity to present their objections.

7.    Plaintiff's Amended Complaint [11] and Exhibit 1 thereto [11-1], Schedule A to the Complaint [10] and the Amended Complaint [11-2], Exhibit 2 to the Declaration of Lennis N. Collins [16], and this Order shall remain sealed until further ordered by this Court.

8.    Western Digital shall deposit with the Court ten thousand dollars ($10,000.00), either cash or surety bond, as security, which amount was determined adequate for the payment of such damages as any person may be entitled to recover as a result of a wrongful restraint hereunder.

9.    Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Western Digital or on shorter notice as set by this Court.

10.    This Temporary Restraining Order without notice is entered at 9:00 A.M. on this 6/26/19 day of June 2019 and shall remain in effect for fourteen (14) days.

John Z. Lee
United States District Judge

Dated: 6/26/19

9

**Western Digital Technologies, Inc. v. Tang Wu 888 Shop, et al. - Case No. 19-cv-4127**

# Schedule A

| No. | Defendant Name / Alias |
|---|---|
| 1 | Tang Wu 888 Shop |
| 3 | elec-home |
| 5 | shenikon |
| 7 | 88 Shop |
| 9 | eqix9991 |
| 11 | wholesalecctvpro |
| 13 | High quality USB store |
| 15 | lingyuangcard |
| 17 | sf_xyha |
| 19 | wwwu5515 |

| No. | Defendant Name / Alias |
|---|---|
| 2 | surveillancemall |
| 4 | hy-store2017 |
| 6 | 2017 -Store |
| 8 | Tide shop 68 |
| 10 | sfplink2013 |
| 12 | happyeasybuy2017 |
| 14 | Lamp Store |
| 16 | Panshaishai |
| 18 | univerfo |
| | |

| No. | Defendant Marketplace URL |
|---|---|
| 1 | wish.com/merchant/5888a79ad5c5e957b172c517 |
| 3 | ebay.com/usr/elec-home |
| 5 | ebay.com/usr/shenikon |
| 7 | wish.com/merchant/589484b50a430552056c3811 |
| 9 | ebay.com/usr/eqix9991 |
| 11 | ebay.com/usr/wholesalecctvpro |
| 13 | wish.com/merchant/56c8077e8bd26e5e005defcc |
| 15 | ebay.com/usr/lingyuangcard |
| 17 | ebay.com/usr/sf_xyha |
| 19 | ebay.com/usr/wwwu5515 |

| No. | Defendant Marketplace URL |
|---|---|
| 2 | ebay.com/usr/surveillancemall |
| 4 | ebay.com/usr/hy-store2017 |
| 6 | wish.com/merchant/584d179b728de6232ddf0917 |
| 8 | wish.com/merchant/5709fa363a698c33b379e0e8 |
| 10 | ebay.com/usr/sfplink2013 |
| 12 | ebay.com/usr/happyeasybuy2017 |
| 14 | wish.com/merchant/5687efc9a2de6726ace21756 |
| 16 | wish.com/merchant/5b974c4242ebca20e820cd7d |
| 18 | ebay.com/usr/univerfo |
| | |