IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WESTERN DIGITAL TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> TANG WU 888 SHOP, et al., <br><br> Defendants. | Case No. 19-cv-04127 <br><br> **Judge John Z. Lee** <br><br> **Magistrate Judge Jeffrey T. Gilbert** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Western Digital Technologies, Inc. ("Western Digital" or "Plaintiff") hereby dismisses this action with prejudice as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Tang Wu 888 Shop | 1 |
| hy-store2017 | 4 |
| 2017 -Store | 6 |
| 88 Shop | 7 |
| Tide shop 68 | 8 |
| High quality USB store | 13 |
| sf_xyha | 17 |

Dated this 16th day of August 2019.  Respectfully submitted,

/s/ Allyson M. Martin
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiff Western Digital Technologies, Inc.*