# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Western Digital Technologies, Inc.

                      Plaintiff,

v.

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                      Defendant.

Case No.: 1:19−cv−04127

Honorable John Z. Lee

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 25, 2019:

    MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 9/25/19. Plaintiff's motion for entry of default and default judgment [46] is granted. The Judgment is entered in favor of Western Digital Technologies and against the Defendants in the amount of $100,000 per Defendant. Enter judgment order. Civil case terminated. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.